**Eber Gene RUTH, Plaintiff–Appellant,**

v.

**Susan YEARWOOD; et al., Defendants–Appellees.**

No. 01–16525.

D.C. No. CV–99–02462–FCD.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

California state prisoner Eber Gene Ruth appeals pro se the district court's judgment dismissing, under Fed.R.Civ.P. 8(e), his complaint alleging a California Department of Corrections conspiracy to torture him. We have jurisdiction under 28 U.S.C. § 1291 and affirm.

We review for abuse of discretion a dismissal of a complaint with prejudice for failure to comply with Fed.R.Civ.P. 8(e). *Nevijel v. North Coast Life Ins. Co.,* 651 F.2d 671, 673–74 (9th Cir.1981).

The district court properly dismissed Ruth's action with prejudice because his complaint failed to set forth simple, concise, and direct averments. *See McHenry v. Renne,* 84 F.3d 1172, 1177 (9th Cir. 1996). Furthermore, the district court granted Ruth four opportunities to craft a successful complaint and did not abuse its discretion in denying him a fifth. *See Nevijel,* 651 F.2d at 674.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Ruth's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.